UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>　　　　　　　　Petitioner,<br>　v.<br>JAMES DZURENDA, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:19-cv-00500-GMN-BNW<br><br>ORDER |

Petitioner Reginald C. Howard's pro se 28 U.S.C. § 2254 habeas petition is before the court on several motions to extend time. Good cause appearing,

**IT IS ORDERED** that respondents' first, second, and third motions to extend time to file a responsive pleading (ECF Nos. 16, 17, 19) are all **GRANTED** *nunc pro tunc*.

DATED: 6 February 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE