UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>    Petitioner,<br>    v.<br>JAMES DZURENDA, et al.,<br><br>    Respondents. | Case No. 2:19-cv-00500-GMN-BNW<br><br>ORDER |

Petitioner Reginald C. Howard's pro se 28 U.S.C. § 2254 habeas petition is before the court on respondents' motion to extend time to file an answer. Good cause appearing,

**IT IS ORDERED** that respondents' motion to extend time to file an answer to the amended petition (ECF No. 36) is **GRANTED**. Respondents must file their answer on or before September 18, 2020.

DATED: 18 June 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE