UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>　　　　　　　Petitioner,<br>　v.<br>JAMES DZURENDA, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:19-cv-00500-GMN-BNW<br><br>ORDER |

Petitioner Reginald C. Howard's pro se 28 U.S.C. § 2254 habeas petition is before the court on respondents' second and third motions to extend time to file an answer (ECF Nos. 38, 40). Howard opposed (ECF No. 41). While Howard understandably objects to further delay in the adjudication of his petition, counsel for respondents has outlined several specific considerations that warrant further extension of time. The court notes that it is unlikely, absent extraordinary circumstances, to grant any further extension.

**IT IS THEREFORE ORDERED** that respondents' second and third motions to extend time to file an answer to the amended petition (ECF Nos. 38 and 40) are both **GRANTED**. Respondents must file their answer on or before January 22, 2021.

DATED: 1 December 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1